IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USPRO COATINGS & BUILDING RESTORATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIG-HP CHERRY HILL OPERATING, LLC *et al.*, <br><br> Defendant. | CIVIL ACTION NO. 10-1715 |

## ORDER

**AND NOW**, this ___ day of February, 2011, upon careful consideration of defendant Hirschfeld Properties' motion to dismiss the amended complaint (docket no. 10), plaintiff USPro's opposition thereto, and Hirschfeld Properties' reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The motion to dismiss counts I–IV of USPro's amended complaint is **DENIED**.

2. The motion to dismiss count V of USPro's amended complaint is **GRANTED**, and count V is **DISMISSED**.

William H. Yohn Jr., Judge